UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160(9) NEB/JFD

United States of America,

           Plaintiff,

v.                                              **ORDER FOR APPOINTMENT OF COUNSEL**

Jarrett Robinson,

           Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Lousene Hoppe, Attorney ID 387171, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: May 3, 2023

*s/ Elizabeth Cowan Wright*
Honorable Elizabeth Cowan Wright
United States Magistrate Judge