# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 23-cr-160 (NEB/JFD) |
| v. | |
| JARRETT ROBINSON (9), | Date: June 20, 2025 |
| CHRISTOPHER LEE WASHINGTON (31), | Courthouse: Minneapolis |
| ERNEST KETTER (32), | Courtroom: 13W |
| RONNELL LOCKHART (40), | Court Reporter: Renee Rogge |
| | Time Commenced: 9:04 a.m. – 10:37 a.m. |
| | 10:59 a.m. – 12:40 p.m. |
| | Time Concluded: 12:40 p.m. |
| Defendants. | Time in Court: 3 hours and 14 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

**APPEARANCES:**

Plaintiff: Thomas Calhoun-Lopez, Carla Baumel, and Brian Lynch, Assistant U.S. Attorneys

Defendants: Lousene Hoppe for Jarrett Robinson (9), CJA Appointed Attorney
Glenn Bruder for Christopher Lee Washington (31), CJA Appointed Attorney
Jill Brisbois for Ernest Ketter (32), CJA Appointed Attorney
Matthew Mankey for Ronnell Lockhart (40), CJA Appointed Attorney

**PROCEEDINGS:**
- ☒ Jury Trial - (Trial Day 8)
- ☒ Government's Witnesses: Detective Charles Valleau, Officer Jeffrey Werner, SA Alexandra Duong, FS Carissa Rootes, Inspector Matthew Hoffman, Officer Conan Hickey
- ☒ Jury Trial continued to June 23, 2025 at 9:00 a.m.

Date: June 20, 2025

s/CBC
Signature of Courtroom Deputy